**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

GRASS VALLEY TERRACE,
a California Limited Partnership, *et al.*,

Plaintiffs,

**File Nos. 98-726C; 98-726-4C**
**Chief Judge Edward J. Damich**

v.

THE UNITED STATES

Defendant.

**DECLARATION OF MARK J. BLANDO**

I, Mark J. Blando, declare as follows:

1. I am an attorney with the firm of Eckland & Blando LLP in Minneapolis, Minnesota, which represents the plaintiffs in the above-captioned matter. I am also a member of the bar of this court. I make this declaration in support of the motion to substitute plaintiffs. All facts stated herein are based upon my personal knowledge.

2. Attached hereto as Exhibit A is a true and correct copy of the Notice of Appointment of Personal Representative dated December 30, 2002.

3. Attached hereto as Exhibit B is a true and correct copy of pages 1-16, 45-48 of the deposition of Glen Kothe taken on April 27, 2004 in Grass Valley v. United States, 98-726C.

4. Attached hereto as Exhibit C is a true and correct copy of the Loan Agreements for D & G Apartments (phase I), dated October 17, 1974.

5. Attached hereto as Exhibit D is a true and correct copy of the Loan Agreements for D & G Apartments (phase II), dated March 26, 1979.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 16, 2005 in Minneapolis, Minnesota.

Mark J. Blando