(3) To make improvements or extensions to the housing.

(4) For other purposes desired by the Partnership which, in the judgment of the Government, likely will promote the loan purposes without jeopardizing collectibility of the loan or impairing the adequacy of the security, or will strengthen the security, or will facilitate, improve, or maintain the orderly collectibility of the loan.

(5) To distribute profits to the partners or for any other purposes duly authorized by the Partnership, of up to 8% per annum of the borrowers initial investment of $13570 [4] provided the Partnership determines that after such disbursement (a) the amount in the Reserve Account will be not less than that required by subsection 9 (a) to be accumulated by that time; and (b) during the next 12 months the amount in the Reserve Account will likely not fall below that required to be accumulated by the end of such period.

(c) Any amount in the Reserve Account which exceeds the aggregate sum specified in subsection 9 (a) and is not agreed between the Partnership and the Government to be used for purposes authorized in subsection 9 (b) shall be applied promptly on the loan obligations.

10. Regulatory Covenants. So long as the loan obligations remain unsatisfied, the Partnership shall:

(a) Impose and collect such fees, assessments, rents, and charges that the income of the Partnership will be sufficient at all times for operation and maintenance of the housing, payments on the loan obligations, and maintenance of the accounts herein provided for.

(b) If return on investment for any year exceeds 8% per annum of borrower's initial investment of $13,570 [4], the Government may require that the borrower reduce rents the following year and/or refund the excess return on investment to the tenants, or use said excess in a manner that will best benefit the tenants.

(c) Maintain complete books and records relating to the Partnership's financial affairs, cause such books and records to be audited at the end of each fiscal year, promptly furnish the Government without request a copy of each audit report, and permit the Government to inspect such books and records at all reasonable times.

[4] The amount to be inserted shall be determined in accordance with paragraph VIII X of FmHA Instruction 444.5.

(d) If required or permitted by the Government, revise the account herein provided for, or establish new accounts, to cover handling and disposition of income from and payment of expenses attributable to the housing or to any other property securing the loan obligations, and submit regular and special reports concerning the housing or the Partnership's financial affairs.

(e) Unless the Government gives prior consent,

(1) Not use the housing for any purpose other than as rental housing and related facilities for eligible occupants.

(2) Not cause or permit the transfer or withdrawal of any partner's interest nor the addition of any partner's.

(3) Not enter into any contract or agreement for improvements or extensions to the housing or any other property securing the loan obligations.

(4) Not cause or permit voluntary dissolution of the Partnership nor merge or consolidate with any other organization, nor cause or permit any transfer or encumbrance of title to the housing or any part therof or interest therein, by sale, mortgage, lease, or otherwise, nor engage in any other new business, enterprise, or venture than operation of the housing.

(5) Not cause or permit the borrowing of any money, nor the incurring of any liability aside from current expenses as defined in section 7.

(f) Submit the following to the Government for prior review not less than 15 days before the effective dates, and for approval by the Government:

(1) Annual budgets and operating plans.

(2) Statements of management policy and practice, including eligibility criteria and implementing rules for occupancy of the housing.

(3) Proposed rents and charges and other terms of rental agreements with occupants, and compensation to employees and partners of the Partnership.

(4) Rates of compensation to the partners and employees of the Partnership payable from or chargeable to any account provided for in this agreement.

(g) If required by the Government, modify and adjust any matters covered by clause (f) of this section.

(h) Comply with all its agreements and obligations in or under the note, security instrument, and any related agreement executed by the Partnership in connection with the loan.

(i) Not alter, amend, or repeal without the Government's consent this agreement or the Partnership Agreement of the Partnership, which shall constitute parts of the total contract between the Partnership and the Government relating to the loan obligations.

(j) Do other things as may be required by the Government in connection with the operation of the housing, or with any of the Partnership's operations or affairs which may affect the housing, the loan obligations, or the security.

11. Refinancing the Loan. If at any time it appears to the Government that the Partnership is able to obtain a loan upon reasonable terms and conditions to refinance the loan obligations then outstanding, upon request from the Government the Partnership will apply for, take all necessary actions to obtain, and accept such refinancing loan and will use the proceeds for said purpose.

12. General Provisions.

(a) It is understood and agreed by the Partnership that any loan made or insured will be administered subject to the limitations of the authorizing act of Congress and related regulations, and that any rights granted to the Government herein or elsewhere may be exercised by it in its sole discretion to carry out the purposes of the loan, enforce such limitations, and protect the Government's financial interest in the loan and the security.

(b) The provisions of this agreement are representations to the Government to induce the Government to make or insure a loan to the Partnership as aforesaid. If the Partnership should fail to comply with or perform any provisions of this agreement or any requirement made by the Government pursuant to this agreement, such failure shall constitute default as fully as default in payment of amounts due on the loan obligations. In the event of such failure, the Government, at its option, may declare the entire amount of the loan obligations

Form FmHA-MN 44 28
(1-20-76)
Page 8

immediately due and payable and if such entire amount is not paid forthwith may take possession of and operate the housing and proceed to foreclose its security and enforce all other available remedies.

(c) Any provisions of this agreement may be waived by the Government in its sole discretion, or changed by agreement between the Government and the Partnership, after this agreement becomes contractually binding, to any extent such provisions could legally have been foregone or agreed to in amended form, by the Government initially.

(d) Any notice, consent, approval, waiver, or agreement, must be in writing.

(e) This agreement may be cited in the security instrument and any other instruments as the "Loan Agreement of March 26, 1979."
(date of this agreement)

D & G APARTMENTS

BY: Darrel F. Kothe *
(Partner) Darrel F. Kothe

Glen D. Kothe
(Partner) Glen D. Kothe

*If one or more of the partners is a corporation then the officer's signature on behalf of the corporation must be attested to by the corporate secretary.