MNdocs INFORMAL P-120
Minn. Stat. 524.3-306;524.3-310;524.3-308
Content created and owned by Minnesota Continuing Legal Education
Miller/Davis Co., St. Paul, MN 651-642-1988

STATE OF MINNESOTA

COUNTY OF DAKOTA

DISTRICT COURT
PROBATE DIVISION
FIRST JUDICIAL DISTRICT

Court File No. P4-02-11584

ESTATE OF

EILEEN R. KOTHE a/k/a EILEEN ROSE KOTHE

DECEDENT

**NOTICE OF INFORMAL PROBATE OF WILL AND APPOINTMENT OF PERSONAL REPRESENTATIVE AND NOTICE TO CREDITORS**

Notice is given that an application for informal probate of the Decedent's will dated OCT. 29, 1998, ~~including any codicils to the will dated xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx and separate writing (xx) under Minn. Stat. 524.2-513 (Will)~~ has been filed with the Registrar. The application has been granted.

Notice is also given that the Registrar has informally appointed GLEN D. KOTHE

whose address is: 9056 WEST BROADWAY, FOREST LAKE, MN 55025

as personal representative of the Estate of the Decedent. Any heir, devisee or other interested person may be entitled to appointment as personal representative or may object to the appointment of the personal representative. Unless objections are filed with the Court (pursuant to Minn. Stat. 524.3-607) and the Court otherwise orders, the personal representative has full power to administer the Estate including, after 30 days from the date of issuance of letters, the power to sell, encumber, lease or distribute real estate.

Any objections to the probate of the will or appointment of the Personal Representative must be filed with this Court and will be heard by the Court after the filing of an appropriate petition and proper notice of hearing.

Notice is also given that (subject to Minn. 524.3-801) all creditors having claims against the Estate are required to present the claims to the personal representative or to the Court Administrator within four months after the date of this Notice or the claims will be barred.

EXHIBIT D

Van A. Brostrom
Registrar Date

By: [signature] 12-30-02
Deputy Registrar

~~Court Administrator~~ ~~Date~~

Attorney For Personal Representative

THIS INSTRUMENT WAS DRAFTED BY (NAME AND ADDRESS):
Paul H. Hauge
Grannis & Hauge, P.A.
1260 Yankee Doodle Road
Suite 200
Eagan, MN 55121
651-456-9000
42304

HASTINGS STAR GAZETTE

FILED
VAN A. BROSTROM, Court Administrator
DAKOTA COUNTY
DEC 3 0 2002
BY [signature] DEPUTY

NOTE: If notice to creditors has been previously given, delete the notice to creditors.
NOTE TO PUBLISHER: Do not publish the text of Notes.



WARNING: UNAUTHORIZED COPYING OF THIS FORM PROHIBITED.